IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN F. DAVIS COMPANY, | No. C06-02034 MJJ |
| Plaintiff, | **ORDER SETTING EXPEDITING BRIEFING AND RE-SETTING HEARING DATE** |
| v. | |
| KE KE CAI, *et al.*, | |
| Defendants. | |

On April 18, 2006, Defendants Ke Ke Cai, Lai Wan Yu, Bi Xai Lu, Wa Wa Cai, Mei Na Lin, Jin Ling Kuang, and Li Xing Lu filed an Amended Notice of Motion and Motion to Consolidate (Doc. #18). In their Motion, and despite the fact that all Defendants are currently part of a single lawsuit, Defendants seek an Order "to consolidate the cases of all Defendants into one action," pursuant to Federal Rule of Civil Procedure 20(a). Also pending before the Court are Plaintiff Ben Davis Company's : (1) Motion to Remand (Doc. #3); (2) Motion for Sanctions (Doc. #6); and (3) Supplemental Motion to Remand (Doc. #12), which are set for hearing on May 9, 2006. To enable the Court to resolve all pending Motions at one time, the Court now orders as follows:

(1) The hearing on Defendants' Motion to Consolidate is re-set for **9:30 a.m. on May 9, 2006.**

/ / /

/ / /

/ / /

(2)  Plaintiff's Opposition to Defendants' Motion shall be due by **April 25, 2006**. Defendants' Reply shall be due by **May 2, 2006**.

**IT IS SO ORDERED.**

Dated: April 19, 2006.

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE